PATRICK H. HICKS, ESQ., Bar #4632
KAITLYN M. BURKE, ESQ., Bar #13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:  702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD B. KEENE, PH.D., <br><br>Plaintiff, <br><br>vs. <br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; and the BOARD OF TRUSTEES OF THE CLARK COUNTY SCHOOL DISTRICT, in their official capacities, <br><br>Defendants. | Case No. 2:14-cv-00381-APG-PAL <br><br>**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Defendant CLARK COUNTY SCHOOL DISTRICT ("Defendant") hereby moves this Court for an Order substituting counsel as follows:

Defendant requests that Patrick H. Hicks, Esq., be substituted for Bruce C. Young, Esq. currently listed as a Littler Mendelson attorney representing Defendant. Bruce C. Young, Esq., of Littler Mendelson is no longer participating in this litigation.

Mr. Hicks' current mailing address and email address are:

Patrick H. Hicks, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
phicks@littler.com

Defendant continues to be represented in this action by the law firm of Littler Mendelson.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Plaintiff. Based on the foregoing, Defendant respectfully requests that Patrick H. Hicks, Esq. be substituted as counsel, and that Bruce C. Young, Esq., be allowed to withdraw as counsel in this matter.

Dated: December 19, 2016

Respectfully submitted,

BRUCE C. YOUNG, ESQ.

Dated: December 19, 2016

Respectfully submitted,

PATRICK H. HICKS, ESQ.
KAITLYN M. BURKE, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**IT IS SO ORDERED.**

Dated:  January 6, 2017

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On December 19, 2016, I served the within document(s):

**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM**

[X] By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Kathleen J. England, Esq.  
ENGLAND LAW OFFICE  
610 So. Ninth Street  
Las Vegas, NV 89101  
kengland@englandlawoffice.com  

Jason R. Maier, Esq.  
MAIER GUTIERREZ AYON PLLC  
8816 Spanish Ridge Ave.  
Las Vegas, Nevada 89148  
jrm@mgalaw.com  

Margaret A. McLetchie, Esq.  
MCLETCHIE SHELL LLC  
701 East Bridger Ave., Suite 520  
Las Vegas, Nevada 89101  
maggie@nvlitigation.com  

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2016, at Las Vegas, Nevada.

Ann Koorndyk

Firmwide:144548825.1 026133.1020

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

3.